# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ANGELA CARTER, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 16-0508-CG-B |
| L'OREAL USA, INC., et al., | ) ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated September 21, 2017, is **ADOPTED** as the opinion of this Court.

Accordingly, the Defendants' motion seeking dismissal of the claims contained in the complaints filed by Plaintiffs Blackmon and Valrie (Docs. 52) is **GRANTED** with respect to Plaintiffs' unjust enrichment claims, but **DENIED** in all other respects.

Defendants are **ORDERED** to file their answers to the remaining claims in the Plaintiffs' complaints **no later than October 20, 2017**.

**DONE and ORDERED** this 6th day of October, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE