**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **ANGELA CARTER, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION 16-508-CG-B** |
| | ) | |
| **L'OREAL USA, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The parties having filed a Joint Stipulation of Dismissal – Geraldine Smith (Doc. 107), all claims of Plaintiff Geraldine Smith against the Defendants L'Oreal USA, Inc., and Soft Sheen-Carson, LLC in this action are hereby **DISMISSED with prejudice**.  Each party shall bear her or its own costs.

**DONE and ORDERED** this 20th day of July, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE