# EXHIBIT 29 SEALED