IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANGELA CARTER, ELLA VALRIE, and DORA BLACKMON, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> L'ORÉAL USA, INC., and SOFT SHEEN-CARSON, LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 2:16-cv-508-TFM-B ) ) ) ) ) |

## ORDER

Plaintiffs have filed a *Motion for Leave to File Exhibit to Motion to Exclude the Expert Report and Testimony of Defendants' Expert Mort Westman Under Seal* (Doc. 160, filed 12/12/18). Because the motion to exclude that Plaintiffs seek to file is related to pending motions previously filed by the parties (Docs. 148, 150, 151, and 154), the motion to seal is **GRANTED** for the limited purpose of Plaintiffs' motion to exclude, in accordance with the Court's previous Order (Doc. 147). Plaintiffs' request to redact their motion to exclude accordingly is likewise **GRANTED**. The Clerk is **DIRECTED** to maintain Plaintiffs' Exhibit "L", and an unredacted copy of Plaintiffs' forthcoming motion to exclude, under seal pending further order of the Court.

**DONE and ORDERED** this 19th day of December, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE